IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JELANI AKEEM BOYD                                                                                    PLAINTIFF

V.                              CASE NO. 4:18-cv-732-KGB-BD

JAWASKI CONNORS, *et al*.                                                                    DEFENDANTS

RECOMMENDED DISPOSITION

I.      **Procedures for Filing Objections**

This Recommended Disposition (Recommendation) has been sent to Judge Kristine G. Baker. Any party to this suit may file written objections with the Clerk of Court. To be considered, however, objections must be filed within 14 days. Objections should be specific and should include the factual or legal basis for the objection.

If parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.

II.     **Discussion**

Plaintiff Jaleni Akeem Boyd filed this lawsuit without the help of a lawyer and is proceeding *in forma pauperis*. (Docket entries #2, #5) The Court requires plaintiffs who are not represented by counsel to keep the Court informed as to their current addresses. Local Rule 5.5.

On May 6, 2019, Mr. Boyd was given 30 days to notify the Court of his new address, after mail sent to him from the Court was returned as undeliverable. (#22, #26) The Court specifically cautioned Mr. Boyd that his claims could be dismissed if he

failed to update his address, as ordered. (#26) To date, Mr. Boyd has not responded to the May 6 Order, and the time allowed has expired.

### III.  Conclusion

The Court recommends that Mr. Boyd's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's May 6, 2019 Order and his failure to prosecute the claims raised in this lawsuit. Furthermore, the pending motion for summary judgment (#23) should be DENIED, as moot.

DATED this 10th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE