# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JELANI AKEEM BOYD**
**ADC #661083**                                                          **PLAINTIFF**

v.                        Case No. 4:18-cv-00732-KGB-BD

**JAWASKI CONNORS, Deputy,**
**Pulaski County Regional Detention Facility, and**
**CIGI SCOTT, Deputy,**
**Pulaski County Regional Detention Facility**                          **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 28). Plaintiff Jelani Akeem Boyd has not filed any objections, and the time to file objections has passed. The mail has been returned undeliverable as to Mr. Boyd on multiple occasions, including, most recently, on June 17, 2019 (Dkt. Nos. 22, 27, 29). Local Rule of the United States District Court for the Eastern and Western Districts of Arkansas 5.5(c)(2) states that:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.

Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 28). The Court dismisses Mr. Boyd's complaint without prejudice for failure to comply with Local Rule 5.5(c)(2), failure to comply with Judge Deere's May 6, 2019, order, and failure to prosecute the claims raised in this lawsuit (Dkt. Nos. 2, 26, 28). The Court

considers moot defendants Jawaski Connors and Cigi Scott's motion for summary judgment (Dkt. No. 23).

It is so ordered this the 10th day of February, 2020.

_____
Kristine G. Baker
United States District Judge