**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JELANI AKEEM BOYD**
**ADC #661083**                                                                          **PLAINTIFF**

v.                                    **Case No. 4:18-cv-00732-KGB-BD**

**JAWASKI CONNORS, Deputy,**
**Pulaski County Regional Detention Facility, and**
**CIGI SCOTT, Deputy,**
**Pulaski County Regional Detention Facility**                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff

Jelani Akeem Boyd's complaint is dismissed without prejudice.  The relief requested is denied.

So adjudged this the 10th day of February, 2020.

_____
Kristine G. Baker
United States District Judge